**ROBERT ISHIKAWA - 90621**
Law Offices of Robert Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Gwen M. Garcia

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN M. GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | 1:07cv0018 AWI NEW (DLB)<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on July 13, 2007, and is therefore requesting that Plaintiff shall have until August 13, 2007 in which to file her opening brief.

Dated: July  13 , 2007        /s/ Robert Ishikawa
                              _____
                              ROBERT ISHIKAWA
                              Attorney for Plaintiff, Roger C. Worley

Dated: July  13 , 2007        /s/ Geralyn Gulseth
                              _____
                              Mary P. Parnow
                              Assistant Regional Council

  IT IS SO ORDERED.

    Dated:   **July 16, 2007**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE