**ROBERT ISHIKAWA - 90621**
Law Offices of Robert Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Gwen M. Garcia

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN M. GARCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | 1:07cv0018 AWI DLB <br><br> STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on August 13, 2007, and is therefore requesting that Plaintiff shall have until September 13, 2007 in which to file her opening brief.

Dated: August __13__, 2007        /s/ Robert Ishikawa
                                  _____
                                  ROBERT ISHIKAWA
                                  Attorney for Plaintiff, Roger C. Worley

Dated: August __14__, 2007        /s/ Mary P. Parnow
                                  _____
                                  Mary P. Parnow
                                  Assistant Regional Council

IT IS SO ORDERED.

   Dated:   **August 16, 2007**          _____**/s/ Dennis L. Beck**_____
                                          UNITED STATES MAGISTRATE JUDGE