IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GWEN M. GARCIA, | ) | 1:07cv0018 AWI NEW (DLB) |
| Plaintiff, | ) ) | ORDER GRANTING FINAL EXTENSION OF TIME |
| | ) ) | (Document 21) |
| vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) ) | |
| Defendant. | ) ) | |

   On September 14, 2007, Plaintiff filed a stipulation and proposed order to extend time for filing her opening brief to October 13, 2007. The Court GRANTS Plaintiff's request. However, this is Plaintiff's third request for an extension of time. **No further requests will be granted absent a showing of good cause.**


   IT IS SO ORDERED.

   Dated:   **September 18, 2007**           /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

1