# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GWEN M. GARCIA, | ) | 1:07-cv-00018 AWI GSA |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| v. | ) | |
| | ) | (Document 28) |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 29, 2006, Plaintiff, proceeding in forma pauperis, filed the present action in this Court.  Plaintiff seeks review of the Commissioner's denial of her application for benefits.

On June 24, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be denied and that judgment be entered for Defendant Michael J. Astrue and against Plaintiff Gwen M. Garcia.  This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within fifteen (15) court days of the date of service of the order.  Over fifteen (15) court days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendation issued June 24, 2008, is ADOPTED IN
      FULL; and

2.    The appeal is DENIED.  Judgment SHALL be entered for Defendant Michael J.
      Astrue, Commissioner of Social Security, against Plaintiff Gwen M. Garcia.


IT IS SO ORDERED.

**Dated:    August 1, 2008**                        /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE